IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION



FILED
JUN 12 2013
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA

    v.

LINDA D. OLKOWSKI

Case No. 2:13mj265
Court Date: July 1, 2013

## CRIMINAL INFORMATION

### COUNT ONE
(Misdemeanor)- Violation No. 2791777

THE UNITED STATES ATTORNEY CHARGES:

That on or about May 9, 2013, at the Navy Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, LINDA D. OLKOWSKI, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

### COUNT TWO
(Misdemeanor)- Violation No. 2791778

THE UNITED STATES ATTORNEY CHARGES:

That on or about April 27, 2013, at the Navy Exchange at Naval Air Station Oceana, Virginia Beach, Virginia, in the Eastern District of Virginia, the defendant, LINDA D. OLKOWSKI, did willfully and knowingly steal and purloin property of the United States of a value less than $1,000.00.

(In violation of Title 18, United States Code, Section 641.)

Respectfully submitted,

Neil H. MacBride
United States Attorney

By: /s/ M. Jennifer Norako
M. Jennifer Norako
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 462-4760
Fax:(757) 441-3205
Jennifer.Norako@usdoj.gov

CERTIFICATE OF MAILING

I hereby certify that on the date indicated below, I caused a true and correct copy of the foregoing Criminal Information to be mailed, postage prepaid, to the defendant in the above-styled case.

/s/ M. Jennifer Norako
M. Jennifer Norako
Special Assistant U.S. Attorney
Office of the U.S. Attorney
101 West Main Street, Suite 8000
Norfolk, VA  23510
Ph: (757) 462-4760
Fax:(757) 441-3205
Jennifer.Norako@usdoj.gov

6/10/13
Date